[Crim. No. 950. Third Appellate District.—February 24, 1927.]

### THE PEOPLE, Respondent, v. JOSEPH BROCCO, Appellant.

[1] CRIMINAL LAW — APPEAL — APPEARANCE — AFFIRMANCE OF JUDGMENT—SECTION 1253, PENAL CODE.—Pursuant to the provisions of section 1253 of the Penal Code, a judgment of conviction of the crime of "lewd and lascivious act with and upon the body of a child under the age of fourteen years," will be affirmed on appeal, where after the transcript on appeal was filed no brief was filed in behalf of appellant, and no appearance, after the case was regularly placed on the calendar for oral argument, was made for appellant at the time the case was called for hearing.

---

(1) 17 C. J., p. 186, n. 22.

APPEAL from a judgment of the Superior Court of Sonoma County. Ross Campbell, Judge. Affirmed.

The facts are stated in the opinion of the court.

W. N. Vallandigham for Appellant.

U. S. Webb, Attorney General, and J. Charles Jones, Deputy Attorney-General, for Respondent.

THE COURT.—The defendant was convicted in the superior court of Sonoma County of a felony, to wit, the crime of "lewd and lascivious act with and upon the body of a child under the age of fourteen years."

[1] The transcript on appeal was filed in this court October 18, 1926. No brief has been filed in behalf of appellant. The cause was regularly placed on the February calendar for oral argument. No appearance was made for appellant at the time the case was called for hearing. Pursuant to the provisions of section 1253 of the Penal Code the judgment and the order are affirmed.